**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LAKISHA HAMPTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| v. | ) | |
| | ) | Case No. 22-cv-246 |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC. | ) | Hon. Sara L. Ellis |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

Plaintiff, by and through counsel, hereby accepts Defendant's Rule 68 Offer of Judgment, attached hereto as Exhibit A, and requests that this Honorable Court (1) enter the judgment against Defendant Midland Credit Management, Inc. in the amount of $1,001, plus reasonable attorney's fees and costs, and (2) grant leave to parties to confer pursuant to Local Rule 54.3 on Plaintiff's attorneys' fees and costs or for Plaintiff to file a fee petition.

Respectfully submitted,

By:    /s/ *Bryan Paul Thompson*
One of Plaintiff's Attorneys

Bryan P. Thompson
Robert W. Harrer
Chicago Consumer Law Center, P.C.
33 N. Dearborn St., Suite 400
Chicago, Illinois 60602
(312) 858-3239
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

## CERTIFICATE OF SERVICE

I, Bryan Paul Thompson, hereby certify that on Tuesday, April 12, 2022, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record and to counsel for Defendant via email at:

Nicholas D. O'Conner (ARDC# 6302672)
noconner@lockelord.com
Brian D. Nevel (ARDC# 6309777)
brian.nevel@lockelord.com
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0700

Respectfully submitted,

By:  s/ *Bryan Paul Thompson*